UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

       v.                                    Criminal No. 05-cr-229-01-PB

Lee Lafaso


     The defendant has moved to continue the February 7, 2006 trial in the above case. Defendant cites the need for additional time for the parties to complete their efforts to negotiate a non-trial disposition or otherwise prepare for the trial or other disposition of the case. The government does not object to a continuance of the trial date.

     Accordingly, in order to allow the parties additional time to complete their efforts to negotiate a non-trial disposition or otherwise prepare for trial or other disposition of the case, the court will continue the trial from February 7, 2006 to March 7, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The final pretrial conference is continued until February 23, 2006 at 3:30 PM.

SO ORDERED.


February 2, 2006                                    /s/ Paul Barbadoro
                                                   Paul Barbadoro
                                                   United States District Judge


cc:   Donald Feith, Esq.
      Bjorn Lange, Esq.
      U. S. Probation
      U. S. Marshal